Basile & Testa, P.A.
424 W. Landis Avenue
Vineland, NJ 08360
Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **CURT DORSHEIMER**<br><br>Plaintiff,<br><br>vs.<br><br>**COUNTY OF CAPE MAY, NEW JERSEY, CAPE MAY COUNTY CORRECTIONAL CENTER, PRISON HEALTH SERVICES INCORPORATED, CORRECTIONAL HEALTH SERVICES, INC., WARDEN RICHARD HARRON** and **JOHN DOES** (1-5) and **JANE DOES** (1-5), jointly, severally and/or in the alternative,<br><br>Defendants | Civil Action<br>No. 07-3183 (RMB)<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party, with prejudice and as to all defendants.

Dated: May 27, 2009

BASILE & TESTA, P.A.

By: _____
MICHAEL L. TESTA, ESQUIRE
Attorney for Plaintiff(s)

BARRETT & PAVLUK, LLC

By: _____
JUDSON BARRETT, ESQUIRE
Attorney for Defendant, Cape May Co.
Correctional Facility

O'CONNOR KIMBALL, LLP

By: _____
STEPHEN SIEGRIST, ESQUIRE
Attorney for Defendants, CHS & PHS